**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>CDigital Markets, LLC</u>

     v.                                        07-mc-51-JM

<u>David Maxham,</u>
<u>Autotec Digital, Inc., and</u>
<u>Digitran CD Inc.</u>

**O R D E R**

Emergency Motion to Quash CDigital Market's Subpoena (Document No. 1) is granted as follows: the subpoena is modified to provide for a deposition in New Hampshire at a place and time mutually agreeable to counsel. If counsel cannot agree, they are to request a hearing and I will set the time and place and assess costs and attorney fees against any party or attorney who acts unreasonably.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: September 5, 2007

cc:  Thomas W. Kirchofer, Esq.
     Anthony Vittoria, Esq.